UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Travelodge Hotels, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Joanne Covert-Anderson, et al., | ) | Case No. 1:05-cv-036 |
| | ) | |
| Defendants. | ) | |

Before the Court is a "Joint Stipulation of Dismissal with Prejudice" filed on June 20, 2006. According to the stipulation, the Plaintiff has reached a settlement with defendants/counter claimants Al Gussin, Sumiye Onodera, Cliff Strand, Wayne Sutterfield, and Joanne-Covert Anderson. The stipulation does not address the still-existing claims against defendants Owen Marsh, Tom Nerio, and Carlos Sanchez.[1] The Court **ADOPTS** the parties stipulation for dismissal (Docket No. 26). Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court **ORDERS** that the case be dismissed as to the above-mentioned defendants/counter claimants with prejudice and without costs to either party.

Dated this 21st day of June, 2006.

*/s/  Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court

---

[1] The Court anticipates a forthcoming stipulation with respect to these remaining defendants.