UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Travelodge Hotels, Inc., | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| Tom Nerio, Owen Marsh, and Carlos Sanchez, | ) | Case No. 1:05-cv-036 |
| Defendants. | ) | |

Before the Court is a pleading entitled "Voluntary Dismissal Without Prejudice as to Defendants Tom Nerio, Owen Marsh and Carlos Sanchez" filed on June 22, 2006. See Docket No. 30. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that the case be dismissed as to the above-mentioned defendants without prejudice.

Dated this 22nd day of June, 2006.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court